**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

September 11, 2014

Steven Patrick Jones
FDC Center Houston
#07403041
P.O. Box 526255
Houston, TX 77052-6255

John Acord
#22395037
Joe Corley Detention
500 Hilbig
Conroe, TX 77301

Hon. Harold Kenneth Tummel
Tummel & Casso
4430 S. McColl Rd
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00349-CV
Tr.Ct.No. C-0034-13-F
Style:    Steven Patrick Jones, et al. v. Lydia Tummel, et al.


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   332nd District Court (DELIVERED VIA E-MAIL)
      Hon. Laura Hinojosa (DELIVERED VIA E-MAIL)
      Hon. Rolando Olvera Fifth Administrative Judicial Region (DELIVERED VIA E-MAIL)